

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00431-CV

Ali **ALABUDI**,
Appellant

v.

Amelia **GELIN**,
Appellee

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. 24-1192-CV-B
Honorable Daniel H. Mills, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

Delivered and Filed: September 25, 2024

DISMISSED

Appellant Ali Alabudi has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee Amelia Gelin; appellee has filed no opposition to appellant's motion to dismiss. Therefore, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellant.

PER CURIAM